# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTJESUS JR LOPEZ,<br><br>Defendant. | Case No. 1:26-po-00069-SAB-1<br><br>ORDER REGARDING REFUND<br><br>(ECF Nos. 5, 6) |

On May 6, 2026, Plaintiff United States of America commenced this petty offense proceeding regarding a citation that was issued to Defendant Robertjesus Jr Lopez for violation of federal regulations. (ECF No. 1 (Citation No. 09974973 CA/59).) Defendant was directed to pay $180.00. (Id.) On May 13, 2026, the United States moved to dismiss the violation in the interest of justice, which the Court granted. (ECF Nos. 4, 5.) However, on May 6, 2026, and on May 15, 2026, Defendant made a payment of $50.00 and $130.00, respectively. (ECF No. 6.)

In light of the dismissal, IT IS HEREBY ORDERED that Defendant Robertjesus Jr Lopez be refunded in the amount of $180.00.

IT IS SO ORDERED.

Dated:    **May 18, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

1